IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK KENNETH BARRON,

    Petitioner,           No. CIV S-03-0842 MCE DAD P

    vs.

DERRAL G. ADAMS, et al.,

    Respondents.      <u>ORDER</u>

                           /

        Petitioner is a state prisoner proceeding pro se with this action. By order filed February 25, 2004, the case was stayed pending petitioner's exhaustion of state court remedies on an additional claim. On January 3, 2005, petitioner submitted a motion to lift the stay together with a third amended petition.

        Petitioner has provided a copy of the California Supreme Court's order filed December 15, 2004, denying his exhaustion petition. Petitioner's timely motion to lift the stay will be granted, and respondents will be directed to respond to the third amended petition.

        According, IT IS HEREBY ORDERED that:

        1. Petitioner's January 3, 2005 motion to lift stay of action is granted;

        2. The stay of this action is lifted, and the Clerk of the Court is directed to re-open the case;

1

3. Petitioner's third amended petition filed January 3, 2005, supersedes all previous petitions filed in this action;

4. Respondents are directed to respond to petitioner's third amended petition within thirty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the third amended petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

5. If the response to petitioner's third amended petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after the answer is served; and

6. If the response to petitioner's third amended petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after the motion is served, and respondents' reply, if any, shall be filed and served within fifteen days thereafter.

DATED: May 24, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
barr0842.lft