IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK KENNETH BARRON,

    Petitioner,        No. CIV S-03-0842 MCE DAD P

    vs.

DERRAL G. ADAMS, et al.,

    Respondents.        ORDER

_____/

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' June 23, 2005 application for a 45-day extension of time in which to file a response in this matter is granted; and

    2. Respondents' response is due on or before August 7, 2005.

DATED: June 24, 2005.

                /s/ Dale A. Drozd
                DALE A. DROZD
                UNITED STATES MAGISTRATE JUDGE

DAD:13
barr0842.ext